# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

In Re:

Hoku Corporation,

               Debtor.

**Bankruptcy Case
No. 13-40838-JDP**

_____

R. Sam Hopkins
Chapter 7 Trustee,

               Plaintiff,

vs.

3W Power USA, Inc., a Delaware
corporation, f/k/a AEG Power
Solutions USA, Inc., a Delaware
corporation, f/k/s Saft Power
Systems USA, Inc., a Delaware
corporation; and John Does 1-10,

               Defendants.

**Adv. Proceeding
No. 15-08187-JDP**

_____

# MEMORANDUM OF DECISION
_____

MEMORANDUM OF DECISION – 1

For the reasons set forth in the Memorandum of Decision entered in

*Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19,

Plaintiff's motion for default judgment will be granted.  Plaintiff's counsel

shall submit appropriate findings of fact, conclusions of law, and an

appropriate form of judgment for entry by this Court.

Dated:  December 10, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION – 2